Edward J. Maney
Chapter 13 Trustee
101 N. First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: ) CHAPTER 13 PROCEEDINGS
)
) CASE NO. #2: 16-00378-PS
NADEANE MARIE LOBATO, )
MARVIN EDWARD LOBATO, ) TRUSTEE'S EVALUATION AND
) RECOMMENDATION(S) REPORT WITH
) NOTICE OF POTENTIAL DISMISSAL IF
) CONDITIONS ARE NOT SATISFIED
) RE: MODIFIED CHAPTER 13 PLAN
(Debtor(s) ) *Docket #38      filed September 1, 2016*

Edward J. Maney, Trustee, has analyzed the Debtors' Modified Chapter 13 Plan and supporting documents and submits the following evaluation and recommendation(s):

1. Modified plan proposes the following changes in the confirmed plan:
   a. A three (3) month moratorium is included.
   b. Plan payments are to resume September 2016 (month 8) at $2,050 per month.
   c. The 2015 atv is surrendered to Freedom Road Financial.
   d. The amount to be paid to the IRS is changed to match the creditor's amended claim filed May 13, 2016.
   e. Attorney fees increased by $2,000.

2. The Trustee requires copies of Debtor's two most recent consecutive paycheck stubs from each employer for verification of income and deductions.

3. Debtors' Modified Plan provides for an additional $2,000 in attorney fees. **Because the total fees requested exceed $850.00, counsel must file a separate application for approval of the fees requested.** The application for fees must state the date the service was provided; detail the service provided; the person doing the work; the time expended in doing that service and the billing rate for each person listed in the fee application.

4. The Trustee requires the debtors file amended budget Schedules I and J to substantiate the new, proposed plan payment amount of $2,050 per month.

5. Even considering Debtor's Motion, Plan payments are currently delinquent $2,010 with a payment of $2,050 coming due October 14, 2016.

6.  The Trustee requires any Order Confirming acknowledge the amount paid to Freedom Road Financial for the 2014 atv ($995.97 in principal and interest) prior to the surrender of the vehicle.

In summary, the Modified Plan can be confirmed subject to the condition(s) noted above, adequate funding, and timely filed Stipulated Order Confirming, and Court approval. **The Trustee requires that any Stipulated Order Confirming contain the "wet" signatures from the debtors (where applicable), debtors counsel and objecting creditors if there are any**. General unsecured creditors (including secured creditors with unsecured deficiency balances) will be paid through approximately $5,990 or 2% of general unsecured creditor claims, subject to timely filed and allowed claims. Chapter 7 reconciliation requirement will be met given debtors' scheduled equity in non-exempt property at petition date. **You are hereby advised that the Trustee may lodge an Order of Dismissal should Debtor fail to respond to items #2, #3, #4, #5, #6 above and submit a Stipulated Order Confirming to the Trustee for review and signature or request a hearing within 30 days from the date of the mailing of this Trustee's Recommendation.**

Date See Electronic Signature Block

EDWARD J. MANEY,
CHAPTER 13 TRUSTEE

By: _____
Edward J. Maney ABN 12256
CHAPTER 13 TRUSTEE
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
(602) 277-3776
ejm@maney13trustee.com

DEBTORS / DEBTORS' COUNSEL REMINDER - A letter is to be submitted to the Trustee, accompanying any Order Confirming, addressing all issues as they are listed in the Trustee's Recommendation.  <u>In addition, **all** documents (ex: tax returns, paystubs etc.) submitted to the Trustee must be redacted – in compliance with Fed.R.Bankr.P.9037 -- by debtors and/or their counsel.</u>

**(THE TRUSTEE ACCEPTS ELECTRONIC SERVICE at service@maney13trustee.com)**

Copies of the forgoing
Mailed [see electronic signature],
to the following:

Nadeane Lobato
Marvin Lobato
7518 W. Mercer Lane
Peoria, Arizona 85345
Debtors

Mark D. Wesbrooks, Esq.
15396 N. 83rd Ave.
Suite C-100
Peoria, Arizona 85381
Debtor's counsel

By:_____
Trustee's Clerk